**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re:  **Calvin D Delp Jr.**        :    Case No. **12-54622**
      **Constance L Delp**
                                           :    Chapter 13

                                           :    Judge **Caldwell**

**CHAPTER 13 TRUSTEE'S RECOMMENDATION**
**IN FAVOR OF CONFIRMATION**

    Now comes Frank M. Pees, Chapter 13 Trustee herein, and states that he is satisfied that the requirements of Chapter 13 have been met, and recommends to the Court that the Debtor(s) plan be confirmed.
**TERMS OF PLAN:**
**Below median income: _X___   Above median income: _____**
**Dividend: 1% Best interest dividend: 0% Plan Payments: $800/REM**
**Length: 60 months**

Dated: 7/26/2012                                Respectfully submitted,

                                                   **/s/ *Frank M. Pees***
                                                   Frank M. Pees
                                                   Chapter 13 Trustee
                                                   130 E. Wilson Bridge Road, #200
                                                   Worthington, OH 43085
                                                   614-436-6700

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the date shown below a copy of the Chapter 13 Trustee's Recommendation In Favor Of Confirmation was served electronically on the Office of the United States Trustee and debtor's attorney, and on the debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: 7/26/2012                                **/s/ *Frank M. Pees***
                                                   Frank M. Pees, Standing Chapter 13 Trustee
                                                   130 E. Wilson Bridge Road, #200
                                                   Worthington, OH 43085-6300
                                                   614-436-6700