**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Calvin D. Delp, Jr. | : | JUDGE <u>CALDWELL</u> |
| Constance L. Delp | : | Case No. <u>12-54622</u> |
| | : | |

**<u>MOTION TO MODIFY CHAPTER 13 PLAN</u>**

Now come Debtors, Calvin D. Delp, Jr. and Constance L. Delp, by and through counsel, Courtney A. Perdue, and hereby requests this Court enter an Order modifying their Chapter 13 plan. Support for the Motion is set forth below.

**<u>MEMORANDUM IN SUPPORT</u>**

The Debtors' Chapter 13 plan was confirmed on August 7, 2012 and called for payments to the Trustee in the amount of $800.00 per month for the remainder of the plan, but not to exceed 5 years, until the plan is complete. The general unsecured dividend is 1%.

The Debtors are requesting such modification because Mr. Delp was injured at work and is only receiving worker's compensation benefits. Debtors propose to modify their Chapter 13 Plan to lower the payment to $600.00 per month for six (6) months starting in September 2012, then $850.00 for the remainder of the plan. Debtors do not seek to decrease the dividend to the unsecured creditors nor do they believe that the payment modification will violate the provisions of 11 U.S.C. §1322(d) regarding plan length. Pursuant to LBR 3015-2(b)(5) an amended Schedule I and J are attached hereto respectively.

Accordingly, the Debtors request this Court enter an order modifying the plan to lower the payment to $600.00 per month for six (6) months starting in September 2012, then $850.00 for the remainder of the plan. All other terms of the confirmed plan shall remain unchanged.

Respectfully submitted,

*/s/ Courtney A Perdue*
Courtney A Perdue (0082136)
Attorney for Debtor
610 S. Third St.
Columbus, OH 43206
(614) 228-4435
(614) 228-3882 *fax*
courtneyperdue.law@gmail.com

**NOTICE AND CERTIFICATE OF SERVICE**

The undersigned will present to the Court a proposed order granting the relief sought unless, within twenty-one (21) days after this date, a written memorandum in opposition, and request for a hearing on such opposition, is filed with the Court and served on the undersigned. The undersigned certifies that a copy of the foregoing Motion was served, pursuant to Local Bankruptcy Rules "LBR") 9013-3(b) and 3015-2(b) this 13th day of September, 2012,

*by Electronic Notification to the following:*

- Asst US Trustee (Col) ustpregion09.cb.ecf@usdoj.gov
- Brian M Gianangeli bgianangeli@mifsudlaw.com
- Frank M Pees trustee@ch13.org

*Or regular U.S. mail to the following:*

**Debtors:**
Calvin & Constance Delp
1061 Strimple Avenue
Columbus, Ohio 43229

**Creditors:**
*See attached matrix*

/s/ Courtney A. Perdue
Courtney A. Perdue (0082136)
Attorney for Debtor
610 S. Third St.
Columbus, OH 43206
(614) 228-4435
(614) 228-3882 *fax*
*e-mail:courtneyperdue.law@gmail.com*

**B6I (Official Form 6I) (12/07)**

In re  **Calvin D Delp, Jr.**
**Constance L Delp**
Debtor(s)

Case No. **2:12-bk-54622**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE ||
|---|---|---|
| **Married** | RELATIONSHIP(S): **Father** / **Daughter (college)** | AGE(S): **-** / **20** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Patient Transporter** | **Self-employed Hair Stylist** |
| Name of Employer | **OSU East Hopsital** | **None** |
| How long employed | **6 yrs** | **since 1/2012** |
| Address of Employer | **1492 E. Broad Street**<br>**Columbus, OH 43206** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 1,587.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance | | |
| (Specify): **Father's Social Security** | $ 940.00 | $ 0.00 |
| **Worker's Compensation Income** | $ 1,500.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income | | |
| (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,440.00 | $ 1,587.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,440.00 | $ 1,587.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,027.00 ||

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

**B6J (Official Form 6J) (12/07)**

In re **Calvin D Delp, Jr.** Case No. **2:12-bk-54622**
**Constance L Delp**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ **0.00** |
| a. Are real estate taxes included? | Yes ___ No **X** | |
| b. Is property insurance included? | Yes ___ No **X** | |
| 2. Utilities: a. Electricity and heating fuel | | $ **250.00** |
| b. Water and sewer | | $ **50.00** |
| c. Telephone | | $ **75.00** |
| d. Other | | $ **0.00** |
| 3. Home maintenance (repairs and upkeep) | | $ **30.00** |
| 4. Food | | $ **577.00** |
| 5. Clothing | | $ **50.00** |
| 6. Laundry and dry cleaning | | $ **30.00** |
| 7. Medical and dental expenses | | $ **60.00** |
| 8. Transportation (not including car payments) | | $ **275.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ **0.00** |
| 10. Charitable contributions | | $ **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ **50.00** |
| b. Life | | $ **0.00** |
| c. Health | | $ **0.00** |
| d. Auto | | $ **85.00** |
| e. Other | | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Property Tax** | | $ **180.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ **0.00** |
| b. Other | | $ **0.00** |
| c. Other | | $ **0.00** |
| 14. Alimony, maintenance, and support paid to others | | $ **0.00** |
| 15. Payments for support of additional dependents not living at your home | | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ **870.00** |
| 17. Other **Personal care/haircuts** | | $ **45.00** |
| Other **Father's Medical and Living Expenses** | | $ **800.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **3,427.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**None**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ **4,027.00** |
| b. | Average monthly expenses from Line 18 above | $ **3,427.00** |
| c. | Monthly net income (a. minus b.) | $ **600.00** |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:12-bk-54622<br>Southern District of Ohio<br>Columbus<br>Thu Sep 13 11:02:03 EDT 2012 | United States Bankruptcy Court<br>170 North High Street<br>Columbus, OH 43215-2414 | AmerAssist/AR Solutions<br>Attn: Kovacks<br>460 Polaris Parkway    Ste. 20<br>Westerville, OH 43082-8212 |
| American InfoSource LP as agent for<br>InSolve Recovery LLC<br>PO Box 269093<br>Oklahoma City OK  731269093 | American Tax Funding Servicing, LLC<br>345 Jupiter Lakes Blvd., Ste 300<br>Jupiter, FL 33458-7100 | American Tax Funding. LLC<br>345 Jupiter Lakes Blvd, Ste 300<br>Jupiter, FL 33458-7100 |
| Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Cars for Less<br>5240 Sinclair Road<br>Columbus, OH 43229-5419 | City of Columbus<br>City Income Tax Division<br>50 W. Gay St., 4th Floor<br>Columbus, OH 43215-9037 |
| Collection<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 | Crd Prt Asso<br>Attn: Bankruptcy<br>Po Box 802068<br>Dallas, TX 75380-2068 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Ffcc-columbus Inc<br>1550 Old Henderson Rd St<br>Columbus, OH 43220-3626 | Fifth Third Bank<br>Fifth Third Bank Bankruptcy Department,<br>1830 East Paris Ave. Se<br>Grand Rapids, MI 49546-6253 |
| Franklin County Treasurer<br>373 S. High St., 17th Floor<br>Columbus, OH 43215-4591 | Gracerecovry<br>8346 Tyler Bv<br>Mentor, OH 44060-4221 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Jerry Townsend<br>331 N. Galena Road<br>Sunbury, OH 43074-9591 | Keith A Miller<br>2935 Perdue Avenue<br>Columbus, OH 43224-4559 | Law Offices Of Charles Mifsud<br>326 S High Street # 201<br>Columbus, OH 43215-4522 |
| Natautoacpt<br>Po Box 06095<br>Columbus, OH 43206-0095 | National Credit Services<br>17704 134th Ave NE<br>Woodinville, WA 98072-4605 | National Recovery Agen<br>2491 Paxton St<br>Harrisburg, PA 17111-1036 |
| Nevada Professional Co<br>10601 Grant Rd Ste 214<br>Houston, TX 77070-4476 | Nuvell Credit Company<br>c/o Ally Financial LLC<br>PO Box 130424<br>Roseville, MN 55113-0004 | Ohio Department of Taxation<br>P.O. Box 182401<br>Columbus, OH 43218-2401 |
| Ohio State Attorney General<br>30 E. Broad St.<br>17 Floor<br>Columbus, OH 43215 | Ohio State Department of Taxation<br>21st Floor<br>150 E. Gay St.<br>Columbus, OH 43215-3191 | Palisades Collection LLC<br>P.O. Box 1244<br>Englewood Cliffs, NJ 07632-0244 |

| | | |
|---|---|---|
| Pcb<br>5500 New Albany Rd Ste 2<br>Westerville, OH 43082 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Rent-A-Center<br>1784 Morse Road<br>Columbus, OH 43229-9524 |
| Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791-3426 | Rjm Acq Llc<br>575 Underhill Blvd.<br>Suite 224<br>Syosset, NY 11791-3416 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791-4437 |
| Rutherford Funeral Homes<br>2382 N. High Street<br>Columbus, OH 43202 | Tandem QCA Income Partners<br>dba Lockbourne Lodge<br>10610 Ashville Pike<br>Lockbourne, OH 43137-9668 | US Department of Education<br>P.O. Box 4169<br>Greenville, TX 75403-4169 |
| United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH 43614-1501 | Verizon North<br>P.O. Box 920041<br>Dallas, TX 75392-0041 | Wfnnb/tsa<br>Attention: Bankruptcy<br>Po Box 182685<br>Columbus, OH 43218-2685 |
| Wynona Holdings Inc<br>1925 E. Dublin-Granville Rd. 103<br>Columbus, OH 43229-3543 | Calvin D Delp Jr.<br>1061 Strimple Avenue<br>Columbus, OH 43229-5046 | Constance L Delp<br>1061 Strimple Avenue<br>Columbus, OH 43229-5046 |
| Courtney A Perdue<br>Fesenmyer Law Office<br>610 S. Third Street<br>Columbus, OH 43206-1026 | Frank M Pees<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085-2391 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ohio State University

End of Label Matrix
Mailable recipients    46
Bypassed recipients     1
Total                  47