IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  CALVIN D DELP JR
       CONSTANCE L DELP
       1061 STRIMPLE AVE
       COLUMBUS, OH  43229

CASE NO: 12-54622

CHAPTER 13

JUDGE: CHARLES M. CALDWELL

## NOTICE OF INTENTION
## TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00007 | AmerAssist/AR Solutions<br>Attn: Kovacks<br>460 Polaris Parkway    Ste. 20<br>Westerville, OH  43082 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00002 | American Tax Funding Servicing, LLC<br>P.O. Box 862658<br>Orlando, FL  32886-2658 | 21,008.01 | 100.00 % | 0.00 % | Secured |
| 00006 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215 | 258.04 | 100.00 % | 0.00 % | Priority |
| 00038 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215 | 9,157.34 | 1.00 % | 0.00 % | Unsecured |
| 00001 | Cars for Less<br>5240 Sinclair Road<br>Columbus, OH  43229 | Not filed | 100.00 % | 5.00 % | Secured-PMSI |
| 00003 | City of Columbus<br>City Income Tax Division<br>50 W. Gay St., 4th Floor<br>Columbus, OH  43215 | Not filed | 100.00 % | 0.00 % | Priority |
| 00004 | City of Columbus<br>City Income Tax Division<br>50 W. Gay St., 4th Floor<br>Columbus, OH  43215 | Not filed | 100.00 % | 0.00 % | Priority |

CASE NO. 12-54622    CALVIN D DELP JR and CONSTANCE L DELP

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00008 | Collection<br>4200 International Pkwy<br>Carrollton, TX  75007 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00009 | Crd Prt Asso<br>Attn: Bankruptcy<br>Po Box 802068<br>Dallas, TX  75380 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00010 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL  32256 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00011 | Ffcc-Columbus Inc<br>1550 Old Henderson Rd St<br>Columbus, OH  43220 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00012 | Ffcc-Columbus Inc<br>1550 Old Henderson Rd St<br>Columbus, OH  43220 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00013 | Fifth Third Bank<br>Fifth Third Bank Bankruptcy Department,<br>1830 East Paris Ave. Se<br>Grand Rapids, MI  49546 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00036 | FRANKLIN COUNTY TREASURER<br>373 S HIGH ST 17TH FL<br>COLUMBUS, OH  43215 | 2,244.67 | 100.00 % | 0.00 % | Secured |
| 00014 | Gracerecovry<br>8346 Tyler Bv<br>Mentor, OH  44060 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00037 | INSOLVE RECOVERY LLC BY AMERICAN INFOSOURCE LP<br>PO BOX 269093<br>OKLAHOMA CITY, OK  73126-9093 | 440.07 | 1.00 % | 0.00 % | Unsecured |
| 00005 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 3,479.65 | 1.00 % | 0.00 % | Unsecured |
| 00026 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO  63195 | 674.27 | 1.00 % | 0.00 % | Unsecured |

CASE NO. 12-54622    CALVIN D DELP JR and CONSTANCE L DELP

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00027 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO  63195 | 310.59 | 1.00 % | 0.00 % | Unsecured |
| 00015 | Jerry Townsend<br>331 N. Galena Road<br>Sunbury, OH  43074 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00016 | Keith A Miller<br>2935 Perdue Avenue<br>Columbus, OH  43224 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00018 | National Credit Services<br>17704 134th Ave NE<br>Woodinville, WA  98072-3002 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00019 | National Recovery Agen<br>2491 Paxton St<br>Harrisburg, PA  17111 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00020 | Nevada Professional Co<br>10601 Grant Rd Ste 214<br>Houston, TX  77070 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00017 | NUVELL CREDIT CO<br>PO BOX 78369<br>PHOENIX, AZ  85062 | 6,390.53 | 1.00 % | 0.00 % | Unsecured |
| 00021 | Palisades Collection LLC<br>P.O. Box 1244<br>Englewood Cliffs, NJ  07632 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00022 | Pcb<br>5500 New Albany Rd Ste 2<br>Westerville, OH  43082 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00023 | Pcb<br>5500 New Albany Rd Ste 2<br>Westerville, OH  43082 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00024 | Pcb<br>5500 New Albany Rd Ste 2<br>Westerville, OH  43082 | Not filed | 1.00 % | 0.00 % | Unsecured |

CASE NO. 12-54622   CALVIN D DELP JR and CONSTANCE L DELP

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00025 | Pcb<br>5500 New Albany Rd Ste 2<br>Westerville, OH  43082 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00033 | QUANTUM3 GROUP LLC<br>WORLD FINANCIAL NETWORK NATL BANK<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 189.26 | 1.00 % | 0.00 % | Unsecured |
| 00035 | Rent-A-Center<br>1784 Morse Road<br>Columbus, OH  43229 | Not filed | 100.00 % | 0.00 % | Lease |
| 00028 | RJM ACQUISITIONS LLC<br>575 UNDERHILL BLVD #224<br>SYOSSET, NY  11791 | 85.10 | 1.00 % | 0.00 % | Unsecured |
| 00029 | Rutherford Funeral Homes<br>2382 N. High Street<br>Columbus, OH  43202 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00030 | Tandem QCA Income Partners<br>dba Lockbourne Lodge<br>10610 Ashville Pike<br>Lockbourne, OH  43137 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00039 | THE LAW OFFICE OF CHARLES MITSUD LLC<br>326 SOUTH HIGH STREET ANNEX STE 201<br>COLUMBUS, OH  43215 | 53.77 | 1.00 % | 0.00 % | Unsecured |
| 00031 | United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH  43614 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00032 | United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH  43614 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00034 | Wynona Holdings Inc<br>1925 E. Dublin-Granville Rd. 103<br>Columbus, OH  43229 | Not filed | 1.00 % | 0.00 % | Unsecured |
| | TOTAL | 44,291.30 | | | |

CASE NO. 12-54622    CALVIN D DELP JR and CONSTANCE L DELP

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00000 | COURTNEY A PERDUE ESQ<br>610 S THIRD ST<br>COLUMBUS, OH  43206 | 3,000.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated:  December 05, 2012

/s/Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700