**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
|     Calvin D. Delp, Jr | : | JUDGE <u>CALDWELL</u> |
|     Constance L Delp | : | Case No. <u>12-54622</u> |
| | : | |

## **MOTION TO MODIFY CHAPTER 13 PLAN**

Now come Debtors, Calvin and Constance Delp, by and through counsel, Courtney A. Cousino, and hereby request this Court enter an Order modifying their Chapter 13 plan. Support for the Motion is set forth below.

## **MEMORANDUM IN SUPPORT**

The Debtors' Chapter 13 plan was confirmed on August 7, 2012 and called for payments to the Trustee in the amount of $800.00 per month for the remainder of the plan, but not to exceed 5 years, until the plan is complete. The plan was subsequently modified in October 2012 to modify their Chapter 13 Plan to lower the payment to $600.00 per month for six (6) months starting in September 2012, then $850.00 for the remainder of the plan. The general unsecured dividend is 1%.

The Debtors are requesting such modification because Debtor had a period of unemployment and even though he has now secured new employment the household income is lower. Debtors propose to modify their Chapter 13 Plan to pay $600.00 per month for twelve (12) months starting in August 2014, then $725.00 for the remainder of the plan. Debtors do not seek to decrease the unsecured dividend nor do they believe that the payment modification will violate the provisions of 11 U.S.C. §1322(d) regarding plan length. Pursuant to LBR 3015-2(b)(5) an amended Schedule I and J are attached hereto respectively.

Accordingly, the Debtors request this Court enter an order modifying the plan to pay $600.00 per month for twelve (12) months starting in August 2014, then $725.00 for the remainder of the plan. The general unsecure dividend and all other terms of the confirmed plan shall remain unchanged.

Respectfully submitted,

*/s/ Courtney A Cousino*
Courtney A Cousino Perdue (0082136)
Attorney for Debtors
610 S. Third St.
Columbus, OH 43206
(614) 228-4435
(614) 228-3882 *fax*
courtney@fesenmyerlaw.com

## NOTICE OF MOTION

Notice is hereby given that Debtor has filed the following papers with the Court: Motion for Modification.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought, or if you want the Court to consider your views thereon, then on or before twenty-one (21) days from the date of service of this Notice, you or your attorney must:

File with the Court a written request for a hearing along with a written response or an answer explaining your position.  This pleading must be filed at Clerk of Courts, United States Bankruptcy Court, 170 N. High Street, Columbus, Ohio 43215.  If you mail your request and response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.  The Court will send out a Notice of hearing.  You must also mail a copy to:

Courtney A. Cousino, Esq
Fesenmyer Law Offices, LLC
610 South Third Street
Columbus, Ohio 43206

Office of the U.S. Trustee
170 N. High Street, #200
Columbus, Ohio 43215

Frank M. Pees - Chapter 13 Trustee
130 E. Wilson Bridge Road, Suite 200
Worthington, Ohio 43085

Calvin & Constance Delp
1061 Strimple Avenue
Columbus, Ohio 43229

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief pursuant to the provisions of Local Bankruptcy Rule 9013.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was mailed to the following parties whose names and addresses are set forth below by electronic and/or U.S. mail, postage prepaid, on August 26, 2014.

*By Electronic Notification to the following:*

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Jennifer Fate    fate@mmmb.com, tiffany@mmmb.com
- Brian M Gianangeli    bgianangeli@mifsudlaw.com
- Frank M Pees    trustee@ch13.org

*By first class postage prepaid regular U.S. Mail to the following:*

**Debtors:**
Calvin & Constance Delp
1061 Strimple Avenue
Columbus, Ohio 43229

**Creditors:**
*See attached matrix*

> */s/ Courtney A. Cousino*
> Courtney A. Cousino (Perdue) (0082136)
> Attorney for Debtors

Fill in this information to identify your case:

Debtor 1  **Calvin D Delp, Jr.**

Debtor 2  **Constance L Delp**
(Spouse, if filing)

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF OHIO

Case number  **2:12-bk-54622**
(If known)

Check if this is:

■ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form B 6I
## Schedule I: Your Income                                                                                            12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | Patient Transporter | Self-employed Hair Stylist |
| **Employer's name** | Ohio History Connection | None |
| **Employer's address** | 800 E. 17th Avenue 1492 E. Broad Street<br>Columbus, OH 43211 |  |
| **How long employed there?** |  | since 1/2012 |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **1,828.67** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ **1,828.67** | $ **0.00** |

Debtor 1 **Calvin D Delp, Jr.**
Debtor 2 **Constance L Delp**                                                                  Case number (*if known*) **2:12-bk-54622**

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 1,828.67 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 64.87 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 182.87 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 491.68 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 739.42 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 1,089.25 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 717.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **Father's Social Security** | 8f. | $ 940.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 940.00 | $ 717.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,029.25 + $ 717.00 = | $ 2,746.25 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____        11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                                                                                           12.  $ 2,746.25

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■ No.
   ☐ Yes. Explain: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Calvin D Delp, Jr.** |
| Debtor 2 (Spouse, if filing) | **Constance L Delp** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (If known) | 2:12-bk-54622 |

Check if this is:

☒ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J
# Schedule J: Your Expenses                                     12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**
   ☒ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No
   Do not list Debtor 1 and Debtor 2.   ☒ Yes. Fill out this information for each dependent..............
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Father** | | ☐ No  ☒ Yes |
   | **Daughter (college)** | **20** | ☐ No  ☒ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)**

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ **0.00**

   **If not included in line 4:**

   4a. Real estate taxes   4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance   4b. $ **50.00**
   4c. Home maintenance, repair, and upkeep expenses   4c. $ **30.00**
   4d. Homeowner's association or condominium dues   4d. $ **0.00**
5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ **0.00**

Debtor 1  **Calvin D Delp, Jr.**
Debtor 2  **Constance L Delp**                                       Case number (if known)  **2:12-bk-54622**

| # | Item | | Amount |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | **250.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | **50.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **75.00** |
| | 6d. Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **525.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **30.25** |
| 10. | **Personal care products and services** | 10. $ | **36.00** |
| 11. | **Medical and dental expenses** | 11. $ | **60.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **275.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **0.00** |
| | 15b. Health insurance | 15b. $ | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | **85.00** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Property Tax** | 16. $ | **180.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: | 17c. $ | **0.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **Father's Medical and Living Expenses** | 21. +$ | **500.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | **2,146.25** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **2,746.25** |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. -$ | **2,146.25** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **600.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain:

```
Label Matrix for local noticing          AmerAssist/AR Solutions                  American InfoSource LP as agent for
0648-2                                   Attn: Kovacks                            InSolve Recovery LLC
Case 2:12-bk-54622                       460 Polaris Parkway         Ste. 20      PO Box 269093
Southern District of Ohio                Westerville, OH 43082-8212               Oklahoma City OK  731269093
Columbus
Tue Aug 26 16:37:47 EDT 2014

American Tax Funding Servicing, LLC      American Tax Funding. LLC                Asst US Trustee (Col)
345 Jupiter Lakes Blvd., Ste 300         345 Jupiter Lakes Blvd, Ste 300          Office of the US Trustee
Jupiter, FL 33458-7100                   Jupiter, FL 33458-7100                   170 North High Street
                                                                                  Suite 200
                                                                                  Columbus, OH 43215-2417

Cars for Less Inc                        City of Columbus                         Collection
5240 Sinclair Road                       Income Tax Division                      4200 International Pkwy
Columbus, OH 43229-5419                  50 W. Gay St., 4th Floor                 Carrollton, TX 75007-1912
                                         Columbus, OH 43215-9037


Courtney A Cousino (Perdue)              Crd Prt Asso                             Calvin D Delp Jr.
Fesenmyer Law Offices, LLC               Attn: Bankruptcy                         1061 Strimple Avenue
610 S. Third Street                      Po Box 802068                            Columbus, OH 43229-5046
Columbus, OH 43206-1026                  Dallas, TX 75380-2068


Constance L Delp                         Department of the Treasury               Enhanced Recovery Corp
1061 Strimple Avenue                     Internal Revenue Service                 Attention: Client Services
Columbus, OH 43229-5046                  PO Box 7346                              8014 Bayberry Rd
                                         Philadelphia, PA 19101-7346              Jacksonville, FL 32256-7412


Jennifer Fate                            (p)CHOICE RECOVERY INC                   Fifth Third Bank
Murray Murphy Moul + Basil LLP           1550 OLD HENDERSON ROAD                  Fifth Third Bank Bankruptcy Department,
1533 Lake Shore Drive                    STE 100                                  1830 East Paris Ave. Se
Columbus, OH 43204-3899                  COLUMBUS OH 43220-3662                   Grand Rapids, MI 49546-6253


Franklin County Treasurer                Brian M Gianangeli                       Peter J Gibson
373 S. High St., 17th Floor              6305 Emerald Parkway                     COX, KOLTAK & GIBSON, LLP
Columbus, OH 43215-4591                  Dublin, OH 43016-3241                    5 East Long Street, Suite 200
                                                                                  Columbus, OH 43215-2915


Gracerecovry                             Jefferson Capital Systems LLC            Jerry Townsend
8346 Tyler Bv                            PO BOX 7999                              331 N. Galena Road
Mentor, OH 44060-4221                    SAINT CLOUD MN 56302-7999                Sunbury, OH 43074-9591



Keith A Miller                           Law Offices Of Charles Mifsud            Natautoacpt
2935 Perdue Avenue                       326 S High Street # 201                  Po Box 06095
Columbus, OH 43224-4559                  Columbus, OH 43215-4522                  Columbus, OH 43206-0095



National Credit Services                 National Recovery Agen                   Nevada Professional Co
17704 134th Ave NE                       2491 Paxton St                           10601 Grant Rd Ste 214
Woodinville, WA 98072-4605               Harrisburg, PA 17111-1036                Houston, TX 77070-4476
```

| | | |
|---|---|---|
| Nuvell Credit Company<br>c/o Ally Financial LLC<br>PO Box 130424<br>Roseville, MN 55113-0004 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Ohio Department of Taxation<br>P.O. Box 182401<br>Columbus, OH 43218-2401 |
| Ohio State Attorney General<br>30 E. Broad St.<br>17 Floor<br>Columbus, OH 43215 | Ohio State Department of Taxation<br>21st Floor<br>150 E. Gay St.<br>Columbus, OH 43215-3191 | Ohio State University<br>The Law Office of Charels Mifsud LLC<br>325 S High Street Annex Suite 201<br>Columbus OH 43215 |
| Palisades Collection LLC<br>P.O. Box 1244<br>Englewood Cliffs, NJ 07632-0244 | Pcb<br>5500 New Albany Rd Ste 2<br>Westerville, OH 43082 | Frank M Pees<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085-2391 |
| Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Rent-A-Center<br>1784 Morse Road<br>Columbus, OH 43229-9524 | Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791-3426 |
| Rjm Acq Llc<br>575 Underhill Blvd.<br>Suite 224<br>Syosset, NY 11791-3416 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791-4437 | Rutherford Funeral Homes<br>2382 N. High Street<br>Columbus, OH 43202 |
| Tandem QCA Income Partners<br>dba Lockbourne Lodge<br>10610 Ashville Pike<br>Lockbourne, OH 43137-9668 | US Department of Education<br>P.O. Box 4169<br>Greenville, TX 75403-4169 | United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH 43614-1501 |
| Verizon North<br>P.O. Box 920041<br>Dallas, TX 75392-0041 | Wfnnb/tsa<br>Attention: Bankruptcy<br>Po Box 182685<br>Columbus, OH 43218-2685 | Wynona Holdings Inc<br>1925 E. Dublin-Granville Rd. 103<br>Columbus, OH 43229-3543 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ffcc-columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ohio Department of Taxation          (u)Ohio State University

End of Label Matrix
Mailable recipients    50
Bypassed recipients     2
Total                  52