**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: August 27, 2014**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN        DIVISION

_____

| | |
|---|---|
| In re: Calvin D. Delp, Jr.<br>       Constance L. Delp<br><br>       Debtor(s) | Case No.:  12-54622<br><br>Chapter: 13<br><br>Judge:  Charles M. Caldwell |

_____

### ORDER DENYING MOTION TO MODIFY PLAN  (DOC. NO.   48  )
### DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES

The above-referenced Motion to Modify Plan (hereinafter, the "Motion") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒  The Motion to modify the chapter 13 plan does not contain the information required by LBR 3015-2(b). (LBR 3015-2(b) requires a post-confirmation modification to include, when appropriate, (1) a particular reference to the plan provision(s) being modified, including any proposed percentage to be paid to unsecured creditors and the approximate number of months required to complete the proposed modified plan; (2) the extent to which the proposed modification affects the rights of creditors; (3) the date of confirmation of the original plan and the dates of any previous modifications; (4) if the modification proposes to decrease the dividend to unsecured creditors or to extend the length of the plan, the reason for the modification, including any change in circumstances.)

It is **ORDERED** that if (1) a filing deadline applies to the document that is the subject of this order, (2) the document was filed within that deadline, but such deadline had expired on the date this order was entered or will expire within 10 days from the date of entry of this order and (3) the Federal Rules of Bankruptcy Procedure do not preclude an enlargement of the deadline for filing the document, then the party filing the document shall have 10 calendar days from the date of entry of this order to file a motion which corrects the deficiencies described above.  If the time period for filing the document has not already expired, but instead will expire on a date that is later than 10 days after the date of entry of the order, then the party will have until such date to file a motion which corrects the deficiencies.

The Motion is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Copies To:
Default List

###