**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: September 22, 2014**



Charles M. Caldwell
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Calvin D. Delp, Jr. | : | JUDGE <u>CALDWELL</u> |
| Constance L. Delp | : | Case No. <u>12-54622</u> |
| | : | |

### ORDER ALLOWING FOR MODIFICATION OF CHAPTER 13 PLAN (DOC NO 50)

This matter is before the Court upon the Motion To Modify Chapter 13 Plan filed by the Debtors (Docket No. 50). The Court finds the Motion well taken, and therefore grants the Motion. The Debtors' Chapter 13 plan is hereby modified to pay $600.00 per month for twelve (12) months starting in August 2014, then $725.00 for the remainder of the plan. The general unsecure dividend and all other terms of the confirmed plan shall remain unchanged.

**IT IS SO ORDERED.**

    Copies to:    DEFAULT LIST

# # #