**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 12-54622 |
| Calvin D Delp, Jr. | : | |
| Constance L Delp | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Judge Caldwell |

APPLICATION FOR ADDITIONAL FEES TO
BE PAID THROUGH THE CHAPTER 13 PLAN

Now comes Attorney Courtney A. Cousino (Perdue) (0082136), Case Attorney for the Debtor(s), herein after referred to as applicant, and hereby submits the following Fee Application for approval by this Court:

Applicant represents that:

1. Applicant is the Debtor(s)' Case Attorney in this case, and makes this application in accordance with her compensation agreement with the Debtor(s);

2. A detailed, comprehensive statement of necessary services personally rendered, along with the reasonable value thereof, along with all necessary expenses incurred, are explained and itemized on the attached Addendum hereto, which is herein incorporated by reference;

3. A detailed description of time personally expended by the Applicant is attached, and set forth in the Addendum;

4. This is the second fee application submitted by Applicant that pertains to services rendered from August 12, 2014 to October 25, 2014.  No previous fees have been awarded in reference to the time period stated herein.

5. The result obtained by the legal services rendered, was the resolution of a Motion to Dismiss and modification of Debtors' Chapter 13 Plan.

6. The plan was confirmed on August 7, 2012, with an original proposed percentage to unsecured creditors of 1.0%.

WHEREFORE, Applicant respectfully requests that she be allowed the sum of $450.00 for services rendered on behalf of the Debtor(s).

*/s/ Danielle R. Weinzimmer*
Danielle R. Weinzimmer (0082119)
Courtney A Cousino (0082136)
Counsel for Debtor(s)
1335 Dublin Road, Suite 205C
Columbus, OH 43215
(614) 228-4435
(614) 228-3882 *fax*
*Danielle@fesenmyerlaw.com*
*Courtney@fesenmyerlaw.com*

## **NOTICE OF APPLICATION**

Notice is hereby given that Debtor has filed the following papers with the Court: Application for Compensation.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought, or if you want the Court to consider your views thereon, then on or before twenty-one (21) days from the date of service of this Notice, you or your attorney must:

File with the Court a written request for a hearing along with a written response or an answer explaining your position.  This pleading must be filed at Clerk of Courts, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215.  If you mail your request and response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.  The Court will send out a Notice of hearing.  You must also mail a copy to the parties listed below in the certificate of service:

> Fesenmyer Law Offices, LLC
> 1335 Dublin Road, Suite 205C
> Columbus, Ohio 43215
>
> Office of the US Trustee
> 170 N. High St., #200
> Columbus, OH 43215
>
> Calvin Delp
> Constance Delp
> 1061 Strimple Avenue
> Columbus, OH 43229
>
> Frank M Pees - Chapter 13 Trustee
> 130 E. Wilson Bridge Rd., Suite 200
> Worthington, OH 43085

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief pursuant to the provisions of Local Bankruptcy Rule 9013.

---

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Application for Compensation was mailed to the following parties whose names and addresses are set forth below by electronic and/or U.S. mail, postage prepaid, on October 30, 2014:

***By Electronic Notification to the following:***

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Jennifer Fate    fate@mmmb.com, tiffany@mmmb.com
- Brian M Gianangeli    bgianangeli@mifsudlaw.com
- Frank M Pees    trustee@ch13.org

***By regular U.S. mail to the following:***

**Debtors:**
Calvin Delp
Constance Delp
1061 Strimple Avenue
Columbus, OH 43229

> */s/ Danielle R. Weinzimmer*
> Danielle R. Weinzimmer (0082119)
> Courtney A Cousino (0082136)
> Counsel for Debtor(s)
> 1335 Dublin Road, Suite 205C
> Columbus, OH 43215
> (614) 228-4435
> (614) 228-3882 *fax*
> *Danielle@fesenmyerlaw.com*
> *Courtney@fesenmyerlaw.com*

Courtney A. Cousino, Esq
Fesenmyer Law Offices, LLC
1335 Dublin Road, Suite 205C
Columbus, OH 43215

**Invoice for Services**

Calvin Delp
Constance Delp
1061 Strimple Avenue
Columbus, OH 43229

| Professional Services | Chapter 13 No. 12-54622 | Hrs/rate | Amt. |
|---|---|---|---|
| August 12, 2014 | Received and reviewed Motion to Dismiss; | 0.10 200/hr | 20.00 |
| August 13, 2014 | Communication with client re: Motion to Dismiss; | 0.15 200/hr | 30.00 |
| August 13, 2014 | Prepared Response to Motion; | 0.50 200/hr | 100.00 |
| August 26, 2014 | Communication with client re: Motion to Modify options; | 0.15 200/hr | 30.00 |
| August 26, 2014 | Preparation of Motion to Modify Chapter 13 Plan; | 1.00 200/hr | 200.00 |
| September 22, 2014 | Preparation of Order on Motion, reviewed signed Order; | 0.25 200/hr | 50.00 |
| October 24, 2014 | Reviewed Signed Order on Motion to Dismiss/updated file. | 0.10 200/hr | 20.00 |
| | Balance due | | $450.00 |